# Notice Recipients

District/Off: 0971–3   User: ghom   Date Created: 5/19/2016
Case: 16–03056   Form ID: SUM   Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Ashley McDow   amcdow@bakerlaw.com

TOTAL: 1