# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: ghom | Date Created: 5/19/2016 |
| Case: 16–03056 | Form ID: ODSCY | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty      Ashley McDow      amcdow@bakerlaw.com

                                                           TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      Michael Kasolas      Baker & Hostetler LLP      11601 Wilshire Blvd., Ste. 1400      Los Angeles, CA 90025–0509
dft      Eduardo DeCastro      340 11th St.      San Francisco, CA 94103

                                                           TOTAL: 2