# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: dfagan | Date Created: 8/17/2016 |
| Case: 16–03056 | Form ID: SUM | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Ashley McDow    amcdow@bakerlaw.com

TOTAL: 1