Form SUM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re:
Hashfast Technologies LLC Debtor(s)

Michael Kasolas Plaintiff(s)
vs.
Eduardo DeCastro Defendant(s)

Bankruptcy Case No.: 14-30725
Chapter: 11

Adversary Proceeding No. 16-03056

## ALIAS SUMMONS AND NOTICE OF STATUS CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

United States Bankruptcy Court
450 Golden Gate Avenue, 18th Fl. (94102)
Post Office Box 7341
San Francisco, CA 94120

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Ashley McDow
Baker & Hostetler, LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025-0509

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of proceeding commenced by filing of the complaint will be held at the following time and place.

**DATE:** October 21, 2016  **TIME:** 01:30 PM

**LOCATION:** U.S. Bankruptcy Court, 450 Golden Gate Ave. 16th Floor, San Francisco, CA 94102

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 8/17/16

Dalani Fagan
Deputy Clerk

# CERTIFICATE OF SERVICE

I, __Sonia Gaeta_____ (name), certify that service of this summons and copy of the complaint was made ___August 24, 2016_____ (date) by:

X Via Email: eduardo.decastro@gmail.com

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursant to the laws of State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __8/25/16_____ Signature _____[signature]_____

Print Name: __Sonia Gaeta_____

Business Address: Baker & Hostetler LLP
11601 Wilshire Blvd., Ste.1400
Los Angeles, CA 90025