Ashley M. McDow (245114)
Michael T. Delaney (261714)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  amcdow@bakerlaw.com
        mdelaney@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>x Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>MICHAEL KASOLAS, TRUSTEE OF THE HASHFAST CREDITOR TRUST,<br><br>    Plaintiff,<br><br>vs.<br><br>EDUARDO DECASTRO,<br><br>    Defendant. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br><br><br><br><br>Adversary Case No.: 16-03056<br><br><u>Status Conference</u>:<br>Date: 10/21/16<br>Time: 1:30 PM<br>Place: Courtroom 17<br>    U.S. Bankruptcy Court<br>    450 Golden Gate Ave<br>    San Francisco, CA 94102 |

# NOTICE OF CHANGE OF ADDRESS

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Michael Kasolas, in his capacity as trustee of the Hashfast Creditor Trust in the above-captioned, changed his mailing address as follows:

Michael Kasolas
P.O. Box 26650
San Francisco, CA 94126

Effective immediately, all correspondence which concerns the above-referenced bankruptcy proceedings should be mailed to the trustee at the above address.

Dated: August 26, 2016

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: _____
Ashley M. McDow
Michael T. Delaney

Attorneys for MICHAEL KASOLAS,
Plaintiff and Liquidating Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHANGE OF ADDRESS** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On August 26, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 26, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

Eduardo DeCastro
340 11th St.
San Francisco, CA 94103

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 26, 2016 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| Date | Printed Name | Signature |