Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for MICHAEL KASOLAS,
Plaintiff and Trustee of the Hashfast Creditor Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>Debtor and Debtor in possession.<br><br>x Affects HASHFAST LLC, a Delaware limited liability company,<br><br>Debtor and Debtor in Possession.<br><br>MICHAEL KASOLAS, TRUSTEE OF THE HASHFAST CREDITOR TRUST,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO DECASTRO,<br><br>Defendant. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>Adv. Case No.: 16-03056 DM<br><br>**NOTICE OF CONTINUED STATUS CONFERENCE AND DEADLINE TO RESPOND TO COMPLAINT**<br><br>Status Conference:<br>Date: December 16, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 17<br>      U.S. Bankruptcy Court<br>      450 Golden Gate Ave.<br>      San Francisco, CA 94102 |

**TO ALL INTERESTED PARTIES AND/OR THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the court has continued the status conference in the above-captioned adversary proceeding (the "Adversary") to December 16, 2016, at 1:30 p.m. The status conference shall be held in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California located at 450 Golden Gate Avenue, San Francisco, California 94102, the Honorable Dennis Montali presiding.

**PLEASE TAKE FURTHER NOTICE** that any response to the complaint filed in the Adversary must be filed no later than November 30, 2016.

Dated: October 21, 2016

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Ashley M. McDow*
  Ashley M. McDow
  Michael T. Delaney

Attorneys for MICHAEL KASOLAS,
Plaintiff and Trustee of the Hashfast Creditor Trust

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED STATUS CONFERENCE AND DEADLINE TO RESPOND TO COMPLAINT** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On October 21, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Michael Delaney    mdelaney@bakerlaw.com, SGaeta@bakerlaw.com
Ashley McDow    amcdow@bakerlaw.com, SGaeta@bakerlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 21, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali    Eduardo DeCastro
PO Box 7341    340 11th St.
San Francisco, CA 94120-7341    San Francisco, CA 94103

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On October 21, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via email
Eduardo.decastro@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 21, 2016 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |