**Entered on Docket**
**December 01, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: December 1, 2016**



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES LLC,<br><br><br><br>                    Debtor.<br>_____<br>MICHAEL KASOLAS, Trustee of the Hashfast Creditor Trust,<br><br>                    Plaintiff,<br>v.<br><br>EDUARDO DECASTRO,<br><br>                    Defendant.<br>_____ | Bankruptcy Case<br>No. 14-30725 DM<br><br>Chapter 11<br><br><br><br><br><br><br>Adversary Proceeding<br>No. 16-03056 |

**ORDER CHANGING HEARING TIME OF STATUS CONFERENCE**

IT IS HEREBY ORDERED that the status conference in the above-captioned adversary proceeding set for hearing before Hon. Dennis Montali on December 16, 2016, at 1:30 p.m. has been reset to December 16, 2016 at **2:30 p.m.** The location of the hearing shall remain Courtroom 17 of the United States Bankruptcy Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

**\*\*END OF ORDER\*\***

1                    **Court Service List**

2

3  Eduardo DeCastro
   340 11th St.
4  San Francisco, CA 94103

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28