# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: wbkarnes | Date Created: 12/1/2016 |
| Case: 16–03056 | Form ID: pdfeoapc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft      Eduardo DeCastro      340 11th St.      San Francisco, CA 94103

TOTAL: 1