Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859
Email:       amcdow@bakerlaw.com
             mdelaney@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS,
Plaintiff and Trustee of the Hashfast Creditor Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in possession. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM |
| x  Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Chapter 11<br><br>Adv. Case No.: 16-03056 DM |
| MICHAEL KASOLAS, TRUSTEE OF THE HASHFAST CREDITOR TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>EDUARDO DECASTRO,<br><br>    Defendant. | **STATUS REPORT**<br><br>Status Conference:<br>Date:  December 16, 2016<br>Time:  2:30 p.m.<br>Place:  Courtroom 17<br>        U.S. Bankruptcy Court<br>        450 Golden Gate Ave.<br>        San Francisco, CA 94102 |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, ALL INTERESTED PARTIES AND/OR THEIR COUNSEL OF RECORD:**

Michael G. Kasolas (the "Trustee"), the trustee for the Liquidating Trust (the "Trust") established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC and Hashfast, LLC, Dated June 4, 2015* (the "Plan"), hereby submits the within *Status Report* for the above-captioned adversary proceeding (the "Adversary").

## I.  GENERAL BACKGROUND AND PROCEDURAL HISTORY

Prior to the commencement of the above-captioned, substantively consolidated bankruptcy cases (the "Bankruptcy Cases"), defendant Eduardo De Castro ("Defendant") was the chief executive officer and managing member of Hashfast Technologies, LLC ("HFT").

Following the confirmation of the Plan, the Trustee investigated certain potential avoidable transfers. In the course of this investigation, the Trustee uncovered potential avoidable transfers to the Defendant totaling no less than $154,365.28 (the "Transfers"). Accordingly, on or about May 18, 2016, the Trustee filed a complaint (the "Complaint") seeking to (1) avoid and recover the Transfers for the benefit of the bankruptcy estate (the "Estate") pursuant to 11 U.S.C. §§ 547(b) and 550 and (2) disallow any and all claims asserted by Defendant against the Estate pursuant to 11 U.S.C. § 502(d). On or about August 24, 2016, the Trustee served the Defendant with process in the Adversary.

Since the commencement of the Adversary, the Trustee and the Defendant have engaged in extensive settlement discussions in an effort to resolve the Adversary. In light of these negotiations, the Trustee granted the Defendant several extensions to file an answer to the Complaint. On or about October 21, 2016, the Court held a continued status conference in the Adversary. During the status conference, the Court set November 30, 2016 as the deadline by which the Defendant was required to file an answer or other responsive pleading to the Complaint. In accordance with the Court's instructions, the Trustee served the Defendant with a copy of the *Notice of Continued Status Conference and Deadline to Respond to Complaint. See* Docket Entry 9.

## II. STATUS REPORT

Following the status conference held on October 21, 2016, the Trustee and the D&O insurance carrier for HFT (the "Insurer") engaged in mediation. As a result of the mediation, the Trustee and the Insurer (collectively, the "Parties") have reached a settlement agreement for certain potential claims and cause of action against the directors and officers of HFT, including, without limitation, the Defendant. The Parties are presently preparing a formal written settlement agreement. Once completed and fully executed, the Trustee shall seek approval of the settlement in accordance with the terms of the Plan.

The claims asserted in this Adversary fall within the gamut of the claims resolved pursuant to the settlement agreement with the Insurer. Accordingly, if and when the settlement is approved, the Trustee shall voluntarily dismiss this Adversary. The Trustee anticipates filing a motion seeking approval of the settlement agreement within the next thirty (30) days.

Based on the foregoing, the Trustee requests that the Court continue the December 16, 2016, status conference (the "Status Conference") for a period of no less than sixty (60) days to permit the Parties to finalize and seek approval of the settlement agreement, and waive appearances at the Status Conference.

Dated: December 1, 2016

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: _____
Ashley M. McDow
Michael T. Delaney

Attorneys for MICHAEL KASOLAS,
Plaintiff and Trustee of the Hashfast Creditor Trust

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On December 1, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Michael Delaney    mdelaney@bakerlaw.com, sgaeta@bakerlaw.com
Ashley McDow      amcdow@bakerlaw.com, sgaeta@bakerlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 1, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali
PO Box 7341
San Francisco, CA 94120-7341

Eduardo DeCastro
340 11th St.
San Francisco, CA 94103

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On December 1, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via email
Eduardo.decastro@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 1, 2016 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |