```
                          United States Bankruptcy Court
                          Northern District of California
Kasolas,
         Plaintiff                                      Adv. Proc. No. 16-03056-DM
DeCastro,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: wbkarnes           Page 1 of 1            Date Rcvd: Dec 01, 2016
                              Form ID: pdfeoapc        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.
dft             +Eduardo DeCastro,    340 11th St.,   San Francisco, CA 94103-4314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2016 at the address(es) listed below:
              Ashley   McDow    on behalf of Plaintiff Michael  Kasolas amcdow@bakerlaw.com, SGaeta@bakerlaw.com
              Michael   Delaney    on behalf of Plaintiff Michael  Kasolas mdelaney@bakerlaw.com,
               SGaeta@bakerlaw.com
                                                                                                   TOTAL: 2

Entered on Docket
December 01, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 1, 2016

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In re                              ) Bankruptcy Case
                                   ) No. 14-30725 DM
HASHFAST TECHNOLOGIES LLC,         )
                                   ) Chapter 11
                                   )
                                   )
                                   )
                 Debtor.           )
_____)
MICHAEL KASOLAS, Trustee of the    ) Adversary Proceeding
Hashfast Creditor Trust,           ) No. 16-03056
                                   )
                 Plaintiff,        )
                                   )
v.                                 )
                                   )
EDUARDO DECASTRO,                  )
                                   )
                 Defendant.        )
_____)
```

**ORDER CHANGING HEARING TIME OF STATUS CONFERENCE**

IT IS HEREBY ORDERED that the status conference in the above-captioned adversary proceeding set for hearing before Hon. Dennis Montali on December 16, 2016, at 1:30 p.m. has been reset to December 16, 2016 at **2:30 p.m.** The location of the hearing shall remain Courtroom 17 of the United States Bankruptcy Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

**\*\*END OF ORDER\*\***

**<u>Court Service List</u>**

Eduardo DeCastro
340 11th St.
San Francisco, CA 94103