Ashley M. McDow (245114)
Michael T. Delaney (261714)
Fahim Farivar (252153)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:   amcdow@bakerlaw.com
  mdelaney@bakerlaw.com
  ffarivar@bakerlaw.com

Attorneys for MICHAEL G. KASOLAS,
Plaintiff and Trustee of the Hashfast Creditor Trust

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HASHFAST TECHNOLOGIES, LLC, a California limited liability company,<br><br>    Debtor and Debtor in possession.<br><br>x    Affects HASHFAST LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>MICHAEL KASOLAS, TRUSTEE OF THE HASHFAST CREDITOR TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>EDUARDO DECASTRO,<br><br>    Defendant. | Lead Case No.: 14-30725 DM<br><br>Jointly Administered and Substantively Consolidated with:<br><br>Case No.: 14-30866 DM<br><br>Chapter 11<br><br>Adv. Case No.: 16-03056 DM<br><br>**NOTICE OF DISMISSAL**<br><br>Status Conference:<br>Date:   February 24, 2017<br>Time:   1:30 p.m.<br>Place:  Courtroom 17<br>     U.S. Bankruptcy Court<br>     450 Golden Gate Ave.<br>     San Francisco, CA 94102 |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, ALL INTERESTED PARTIES AND/OR THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), as made applicable herein by Federal Bankruptcy Procedure 7041, Michael G. Kasolas (the "Trustee" and/or "Plaintiff"), the trustee for the Liquidating Trust established pursuant to the *Consolidated Plan of Liquidation and Disclosure Statement for Hashfast Technologies, LLC and Hashfast, LLC, Dated June 4, 2015*, hereby submits the within *Notice of Dismissal* for the above-captioned adversary proceeding. The parties shall bear their own fees and costs.

Dated: February 24, 2017          Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Ashley M. McDow*
    Ashley M. McDow
    Michael T. Delaney
    Fahim Farivar

Attorneys for MICHAEL KASOLAS,
Plaintiff and Trustee of the Hashfast Creditor Trust

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DISMISSAL** will be served or was served (a) on the judge in chambers; and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On February 24, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Michael Delaney   mdelaney@bakerlaw.com, sgaeta@bakerlaw.com
Ashley McDow   amcdow@bakerlaw.com, sgaeta@bakerlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 24, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Dennis Montali          Eduardo DeCastro
Mail Box 36099                    340 11th St.
San Francisco, CA 94102           San Francisco, CA 94103

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): On February 24, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via email
Eduardo.decastro@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 24, 2017 | Sonia Gaeta | /s/ Sonia Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |